UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABULAZEZ MOHAMED ALGAZZALI,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>Defendant. | Case No. 15-cv-01847-PJH<br><br>**ORDER OF REASSIGNMENT TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

Both parties having filed their consent to proceed before a United States Magistrate Judge, this matter is referred for random assignment of a Magistrate Judge to conduct any and all proceedings in this matter and order the entry of final judgment, pursuant to Civil Local Rule 72-1.

**IT IS SO ORDERED.**

Dated: May 7, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge

cc:   CANDMagRef